IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JACKI JURA , | ) | CV 11-00338 SOM-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF MAUI a municipal corporation of the State of Hawaii; BENJAMIN M. ACOB, in his official and individual capacities; MARIE J. KOSEGARTEN, in her official and individual capacity, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed and served on all parties on November 14, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to (1) Grant in Part and Deny in Part Defendants County of Maui and Benjamin M. Acob's Bill of Costs; and (2) Grant in Part and Deny in Part Defendant Marie J. Kosegarten's Bill of Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 10, 2012.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Jacki Jura v. County of Maui; CV 11-00338 SOM-RLP, ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION